THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTEL CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>JINFENG LUO,<br><br>        Defendant. | Case No. 2:25-cv-02159-KKE<br><br>ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR ALTERNATIVE SERVICE OF PROCESS |

After trying unsuccessfully to serve process on Defendant Jinfeng Luo, Plaintiff Intel Corporation filed an *ex parte* motion for leave to serve Luo by alternative means. Dkt. No. 8. The Court is satisfied that Plaintiff has undertaken diligent efforts to serve Luo, but that he is evading service (Dkt. No. 9 at 9). *See* WASH. REV. CODE § 4.28.100(2). The Court also finds that Plaintiff's proposed method of service by mail or email is just as likely to provide actual notice to Luo. *See* Washington Superior Court Civil Rule 4(d)(4).

Accordingly, the Court GRANTS the motion (Dkt. No. 8) and ORDERS as follows:

1. The Clerk is directed to sign and issue the Amended Summons attached as an exhibit to Plaintiff's motion. Dkt. No. 8-1. The Amended Summons shall contain the date it was deposited in the mail and shall require Luo to appear and answer the complaint within 90 days from the date of mailing, under Washington Superior Court Civil Rule 4(d)(4).

2. Plaintiff shall serve Luo by mailing one copy of the Amended Summons and other process to both of Luo's last known addresses via United States Postal Service, one copy by first-class mail, and a second copy by certified mail, return receipt requested. The envelopes must bear the return address of the sender.

3. Plaintiff may also serve Luo by emailing a copy of the Amended Summons and other process to Luo at both of his email addresses.

4. Service performed in accordance with this Order shall have the same jurisdictional effect as service by publication. *See* Washington Superior Court Civil Rule 4(d)(4).

IT IS SO ORDERED this 16th day of December, 2025.

_Kymberly K. Evanson_
Kymberly K. Evanson
United States District Judge

ORDER GRANTING MOTION FOR ALTERNATIVE SERVICE OF PROCESS
(2:25-CV-02159-KKE) - 2