UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

INTEL CORPORATION,
Plaintiff,

v.

JINFENG LUO,
Defendant.

Case No. 2:25-cv-02159-KKE

DEFENDANT JINFENG LUO'S MOTION

TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS

AND

OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT

**DEFENDANT JINFENG LUO'S MOTION**

**TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS**

**AND**

**OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT**

## I. INTRODUCTION

Defendant Jinfeng Luo ("Defendant"), proceeding pro se, respectfully moves to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(5) for insufficient service of process.

Defendant further opposes Plaintiff's recently filed Motion for Default (Dkt. 14), as Defendant has now appeared in this action and is actively responding. Entry of default would be inappropriate under these circumstances.

## II. BACKGROUND

Plaintiff filed this action on October 31, 2025. Plaintiff subsequently obtained an order permitting alternative service and attempted service by email and mail in December 2025.

Defendant did not receive proper service in a manner consistent with due process and did not have a fair opportunity to timely respond. Upon becoming aware of the case and obtaining access to the Court's electronic filing system, Defendant promptly appeared on March 27, 2026 (Dkt. 13) and is now actively defending this matter.

On the same day, Plaintiff filed a Motion for Default (Dkt. 14).

## III. ARGUMENT

### A. Service of Process Was Insufficient Under Rule 12(b)(5)

Defendant did not knowingly evade service and had no intent to ignore these proceedings. Any delay in responding was due to lack of proper service, not willful disregard.

### B. Entry of Default Is Inappropriate

Entry of default is a drastic remedy disfavored by courts, particularly where a defendant has appeared and intends to defend the case on the merits.

Here:

• Defendant has now appeared (Dkt. 13)

• Defendant is actively filing this motion

• There is no prejudice to Plaintiff

• The case has not progressed beyond initial pleadings

Courts strongly prefer resolving disputes on their merits rather than through procedural defaults.

Accordingly, Plaintiff's Motion for Default should be denied.


## IV. CONCLUSION

For the foregoing reasons, Defendant respectfully requests that the Court:

1. Dismiss the Complaint pursuant to Rule 12(b)(5);
2. Deny Plaintiff's Motion for Default; and
3. Grant such other relief as the Court deems appropriate


DATED this 27th day of March, 2026.

Respectfully submitted,

/s/ Jinfeng Luo
Jinfeng Luo
15919 NW Rossetta St
Portland, OR 97229
(408) 454-8064
luojeff@gmail.com
Defendant, Pro Se