UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

INTEL CORPORATION,
Plaintiff,

v.

JINFENG LUO,
Defendant.

Case No. 2:25-cv-02159-KKE

NOTICE OF APPEARANCE OF DEFENDANT
(WITHOUT WAIVING PERSONAL JURISDICTION DEFENSE)

## NOTICE OF APPEARANCE OF DEFENDANT
## (WITHOUT WAIVING PERSONAL JURISDICTION DEFENSE)

Defendant Jinfeng Luo hereby enters an appearance in this action.

Defendant appears for purposes of this case and does not waive any defenses, including lack of personal jurisdiction or insufficient service of process.

DATED this 27th day of March, 2026.

Respectfully submitted,

/s/ Jinfeng Luo
Jinfeng Luo
luojeff@gmail.com
Defendant, Pro Se

2