UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

INTEL CORPORATION,
Plaintiff,

v.

JINFENG LUO,
Defendant.

Case No. 2:25-cv-02159-KKE

DECLARATION OF JINFENG LUO

IN SUPPORT OF MOTION TO DISMISS

AND

IN OPPOSITION TO MOTION FOR DEFAULT

## DECLARATION OF JINFENG LUO

## IN SUPPORT OF MOTION TO DISMISS

## AND

## IN OPPOSITION TO MOTION FOR DEFAULT

I, Jinfeng Luo, declare as follows:

1. I am the Defendant in this action and make this declaration based on my personal knowledge.

2. I did not intentionally evade service of process in this matter.

3. I did not believe that I had been properly served with process in a manner that required a formal response within the time claimed by Plaintiff.

4. I did not knowingly ignore a properly served summons and complaint.

5. Upon becoming aware of the procedural status of this case and obtaining access to the Court's electronic filing system, I acted promptly to respond, including filing my motion to dismiss.

6. I respectfully submit this declaration in support of my Motion to Dismiss for Lack of Personal Jurisdiction and Insufficient Service of Process, and in opposition to Plaintiff's Motion for Default.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 27th day of March, 2026.

Respectfully submitted,

/s/ Jinfeng Luo
Jinfeng Luo
luojeff@gmail.com
Defendant, Pro Se

2