UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTEL CORPORATION, | CASE NO. C25-2159-KKE |
| Plaintiff(s), | ORDER DENYING PLAINTIFF'S |
| v. | MOTION FOR ENTRY OF DEFAULT |
| JINFENG LUO, | |
| Defendant(s). | |

On March 27, 2026, Plaintiff Intel Corporation filed a motion for entry of default against Defendant Jinfeng Luo, contending that Luo had been properly served with process yet failed to appear, plead, or otherwise defend against the complaint by the deadline of March 17, 2026.  Dkt. No. 14.  Later on March 27, 2026, Luo appeared and filed a motion to dismiss, requesting that the Court not enter default.  Dkt. No. 15.

Entry of default is appropriate "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend[.]"  Fed. R. Civ. P. 55(a).  "However, a responsive pleading evincing 'a clear purpose to defend the suit,' even if late, will prevent entry of default."  *Witowsky v. Home Depot U.S.A., Inc.*, No. CV 09-06486 ODW (AGRx), 2009 WL 10673595, at *2 (C.D. Cal. Dec. 30, 2009) (citing *Direct Mail Specialists, Inc. v. Eclat Computerized Techs., Inc.*, 840 F.2d 685, 689 (9th Cir. 1988)).

ORDER DENYING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT - 1

Because Luo has now appeared in this action and filed a motion describing himself as "actively defending this matter" (Dkt. No. 15 at 2), and because of the Court's strong preference for resolving cases on their merits whenever reasonably possible, the Court will not enter default against Luo. Intel's motion for entry of default (Dkt. No. 14) is therefore DENIED.

Dated this 30th day of March, 2026.

Kymberly K. Evanson
United States District Judge

ORDER DENYING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT - 2