UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTEL CORPORATION,<br><br>Plaintiff(s),<br>v.<br><br>JINFENG LUO,<br><br>Defendant(s). | CASE NO. C25-2159-KKE<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND EARLY CASE DEADLINES |

The parties filed a stipulated motion to extend case deadlines by 30 days. Dkt. No. 27. The stipulated motion is GRANTED. The Court ORDERS that the prior deadlines (Dkt. No. 26) are VACATED and extended as follows:

1. Defendant Jinfeng Luo’s deadline to answer, move, or otherwise respond to the Complaint is extended to **August 13, 2026**;
2. The deadline for the parties’ FRCP 26(f) conference is extended to **August 20, 2026**;
3. The deadline for the exchange of Initial Disclosures pursuant to FRCP 26(a)(1) is extended to **September 3, 2026**; and
4. The deadline to submit the Combined Joint Status Report and Discovery Plan is extended to **September 10, 2026**.

Dated this 22nd day of July, 2026.

Kymberly K. Evanson
United States District Judge