UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

INTEL CORPORATION,

Plaintiff,

v.

JINFENG LUO,

Defendant.

Case No. 2:25-cv-02159-KKE

**ORDER GRANTING STIPULATED MOTION TO EXTEND EARLY CASE DEADLINES BY 21 DAYS**

The parties filed a stipulated motion to extend early case deadlines by 21 days. Dkt. No. 29. Finding good cause, the Court GRANTS the motion, VACATES the prior deadlines (Dkt. No. 28), and ORDERS the parties to comply with the early case deadlines as follows:

1. Defendant Jinfeng Luo's deadline to answer, move, or otherwise respond to the Complaint is extended to **September 3, 2026**;
2. The deadline for the parties' FRCP 26(f) conference is extended to **September 10, 2026**;
3. The deadline for the exchange of Initial Disclosures pursuant to FRCP 26(a)(1) is extended to **September 24, 2026**; and

4. The deadline to submit the Combined Joint Status Report and Discovery Plan is extended to **October 1, 2026**.

Dated this 13th day of August, 2026.

Kymberly K. Evanson
United States District Judge